# H. M. McDowell, Petitioner, v. Commissioner of Internal Revenue, Respondent.

Docket No. 26551.    Promulgated April 22, 1929.

*Henry Varay, Esq.*, for the petitioner.
*O. J. Tall, Esq.*, for the respondent.

### OPINION.

Marquette: The facts in this proceeding and the question involved are identical with the facts and the question in the case of *Edwin H. Gibb*, 10 B. T. A. 1373. On the authority of the decision in that case the issue here must be resolved in favor of the respondent. See, also, *Charles Colip*, 5 B. T. A. 123; *F. William Morf*, 6 B. T. A. 309; *Simon L. Steefel*, 8 B. T. A. 1111; *F. Maurice Griesheimer*, 7 B. T. A. 1225; *C. A. Weaver*, 5 B. T. A. 313; *Fred McJunkin*, 6 B. T. A. 425, and *Melvin Behrends*, 6 B. T. A. 524.

*Judgment will be entered for the respondent.*